**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMIR RASHEID ALLEN, | No. 4:26-CV-00610 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DR. LAUREL HARRY and PENNSYLVANIA DEPT OF CORRECTION, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 26th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's duplicative Section 1983 complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous or malicious.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge